UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE MANUEL CEPEDA YAUTIBUG<br>Plaintiff(s),<br><br>v.<br><br><br>ANTONE MONIZ, PATRICIA HYDE, TODD<br>LYONS, and KRISTI NOEM<br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 26-11230-JEK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated March 13, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Jose Manuel Cepeda Yautibug.

Dated: March 23, 2026

/s/ Haley Currie

Deputy Clerk